# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2006

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial)<br><br>Dawson, Robert T | 2. Court or Organization<br><br>U.S. District Court | 3. Date of Report<br><br>03/28/2007 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time)<br><br>U.S. District Judge | 5a. Report Type (check appropriate type)<br><br>☐ Nomination,    Date<br>☐ Initial    ☒ Annual    ☐ Final<br><br>5b. ☐ Amended Report | 6. Reporting Period<br><br>01/01/2006<br>to<br>12/31/2006 |
| 7. Chambers or Office Address<br><br>P O Box 1624<br>Fort Smith, AR 72902-1624 | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations.<br><br>Reviewing Officer_____ Date_____ | |

**IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of instructions.)*

[X] NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of instructions.)*

[X] NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |
| 3. | |

RECEIVED 2007 JUN -6 A 11: 36 FINANCIAL DISCLOSURE OFFICE

| Name of Person Reporting | Date of Report |
|---|---|
| Dawson, Robert T | 03/28/2007 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of instructions.)*

### A. Filer's Non-Investment Income

[X] NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*
*(Dollar amount not required except for honoraria.)*

[X] NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## IV. REIMBURSEMENTS – *transportation, lodging, food, entertainment.*
*(Includes those to spouse and dependent children. See pp. 25-27 of instructions.)*

[ ] NONE *(No reportable reimbursements.)*

| | SOURCE | DESCRIPTION |
|---|---|---|
| 1. | National Association of Rail Road Trial Counsel Conference | July 29-August 2 Lodging provided, San Diego, CA |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Dawson, Robert T | 03/28/2007 |

## V. GIFTS. *(Includes those to spouse and dependent children. See pp. 28-31 of instructions.)*

[X] NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children. See pp. 32-33 of instructions.)*

[X] NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Dawson, Robert T | 03/28/2007 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (Includes those of the spouse and dependent children. See pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent or int.) | (1) Value Code 2 (J-P) | (2) Value Met od Code 3 (Q-W) | (1) Type (e.g. buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. TIAA-CREF | C | Interest | M | T | | | | | |
| 2. Enterprise Growth Fund Cl A 215 | A | Dividend | J | T | | | | | |
| 3. Stephens Production Company (oil & gas) | A | Royalty | J | W | | | | | |
| 4. Owl Creek Production Co. (oil & gas) | A | Royalty | J | W | sold | 06/01 | J | A | |
| 5. XTO Energy (oil & gas) | A | Royalty | J | W | | | | | |
| 6. Cypress Production (oil & gas) | A | Royalty | J | W | | | | | |
| 7. Tellus Operating (oil & gas) | A | Royalty | J | W | acquired | 06/01 | J | | |
| 8. ACXIOM | A | Dividend | K | T | | | | | |
| 9. Simon Property Group | A | Dividend | K | T | | | | | |
| 10. Alltel Corp Del | B | Dividend | L | T | | | | | |
| 11. Motorola Inc. | A | Dividend | K | T | | | | | |
| 12. USA Truck | A | Dividend | J | T | | | | | |
| 13. Arkansas St College Svgs B | B | Interest | J | T | | | | | |
| 14. Arkansas St College Svgs B | B | Interest | K | T | | | | | |
| 15. Arkansas St College Svgs C | B | Interest | K | T | | | | | |
| 16. Arkansas St College Svgs A | B | Interest | K | T | | | | | |
| 17. Arkansas St College Svgs B | B | Interest | K | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Dawson, Robert T | 03/28/2007 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (Includes those of the spouse and dependent children. See pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. Cisco Sys Inc. | A | Dividend | J | T | | | | | |
| 19. Coca Cola | A | Dividend | K | T | | | | | |
| 20. Wachovia Corporation | A | Dividend | J | T | | | | | |
| 21. General Electric | A | Dividend | K | T | | | | | |
| 22. Procter & Gamble Co. | A | Dividend | J | T | | | | | |
| 23. Johnson & Johnson | A | Dividend | K | T | | | | | |
| 24. McDonalds Corp | A | Dividend | J | T | | | | | |
| 25. Little Rock AR New Pub Hsg Auth Calls | A | Interest | J | T | | | | | |
| 26. Southwest Airlines | A | Dividend | J | T | | | | | |
| 27. Chevron Texaco Corp | A | Dividend | K | T | | | | | |
| 28. Intel Corp | A | Dividend | J | T | | | | | |
| 29. Walt Disney | A | Dividend | J | T | | | | | |
| 30. US Treasury Bond Fed | A | Interest | J | T | | | | | |
| 31. Alcatel-Lucent Technologies | A | Dividend | J | T | | | | | |
| 32. Jonesboro AR City Wtr | A | Interest | J | T | | | | | |
| 33. Sun Microsystems | A | Dividend | J | T | | | | | |
| 34. American Small Cap World | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | | |
| (See Column C2) | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Dawson, Robert T | 03/28/2007 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of the spouse and dependent children. See pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. JDS Uniphase Corp | A | Dividend | | | Sold | 11/21 | J | A | |
| 36. Home Depot | A | Dividend | J | T | | | | | |
| 37. Vanguard 500 Index Fund | A | Dividend | N | T | | | | | |
| 38. Avaya Inc. | A | Dividend | J | T | | | | | |
| 39. NASDAQ 100 Unit Trust Series I | A | Dividend | M | T | | | | | |
| 40. Janus Fund #42 | A | Dividend | L | T | Bought | 12/19 | L | | |
| 41. Vanguard 500 Index Fund | A | Dividend | K | T | Bought | 3/20 | K | | |
| 42. Vanguard Life Strategy Growth Fund | A | Dividend | J | T | Bought | 6/26 | J | | |
| 43. Sebastian County Junior College | A | Interest | J | T | | | | | |
| 44. Watson Chapel AR School Dist. | A | Interest | J | T | | | | | |
| 45. Greenwood AR School Dist | A | Interest | | | Matured | 12/04 | J | A | |
| 46. Nettleton AR School Dist. | A | Interest | K | T | | | | | |
| 47. Merck & Co. | A | Dividend | J | T | | | | | |
| 48. Tenn Valley Auth Zero Coupon | A | Interest | J | T | | | | | |
| 49. LeSalle Bank NA | A | Interest | J | T | | | | | |
| 50. Univ of Ark Ft Smith | A | Interest | J | T | | | | | |
| 51. Cinergy Corp/Duke Energy | B | Dividend | K | T | acquired | 4/10 | K | A | |

1. Income Gain Codes: A =$1,000 or less    B =$1,001 - $2,500    C =$2,501 - $5,000    D =$5,001 - $15,000    E =$15,001 - $50,000
(See Columns B1 and D4)    F =$50,001 - $100,000    G =$100,001 - $1,000,000    H1 =$1,000,001 - $5,000,000    H2 =More than $5,000,000
2. Value Codes    J =$15,000 or less    K =$15,001 - $50,000    L =$50,001 - $100,000    M =$100,001 - $250,000
(See Columns C1 and D3)    N =$250,001 - $500,000    O =$500,001 - $1,000,000    P1 =$1,000,001 - $5,000,000    P2 =$5,000,001 - $25,000,000
3. Value Method Codes    P3 =$25,000,001 - $50,000,000    R =Cost (Real Estate Only)    P4 =More than $50,000,000    T =Cash Market
(See Column C2)    Q =Appraisal    V =Other    S =Assessment
   U =Book Value    W =Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| Dawson, Robert T | 03/28/2007 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of the spouse and dependent children. See pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. Ameren Corp | A | Dividend | J | T | | | | | |
| 53. Consolidated Edison | A | Dividend | J | T | | | | | |
| 54. Fort Motor Credit | B | Dividend | | | Sold | 2/16 | M | A | |
| 55. Bank of Hapoalim NY | A | Interest | L | T | | | | | |
| 56. Progress Energy Inc. | A | Dividend | J | T | | | | | |
| 57. Freescale Semiconductor | A | Dividend | | | Sold | 12/05 | J | A | |
| 58. Little River Cty AR Rev. | A | Interest | J | T | | | | | |
| 59. Bank of America | A | Dividend | J | T | | | | | |
| 60. Conoco Phillips | A | Dividend | J | T | | | | | |
| 61. Entergy Corp | A | Dividend | J | T | | | | | |
| 62. Phoenix Rising | A | Dividend | J | T | | | | | |
| 63. Murphy Oil | A | Dividend | J | T | | | | | |
| 64. Bank of America | A | Dividend | J | T | | | | | |
| 65. Ark St Fed Hwy Grant | A | Interest | K | T | | | | | |
| 66. Amer Funds Washington Mutual | A | Dividend | K | T | sold | 07/26 | K | A | |
| 67. GMAC Bond | A | Interest | M | T | Bought | 12/21 | M | | |
| 68. Blackrock Global | A | Interest | J | T | Bought | 11/01 | J | | |

1. Income Gain Codes:
(See Columns B1 and D4)
2. Value Codes
(See Columns C1 and D3)
3. Value Method Codes
(See Column C2)

A =$1,000 or less
F =$50,001 - $100,000
J =$15,000 or less
N =$250,001 - $500,000
P3 =$25,000,001 - $50,000,000
Q =Appraisal
U =Book Value

B =$1,001 - $2,500
G =$100,001 - $1,000,000
K =$15,001 - $50,000
O =$500,001 - $1,000,000
R =Cost (Real Estate Only)
V =Other

C =$2,501 - $5,000
H1 =$1,000,001 - $5,000,000
L =$50,001 - $100,000
P1 =$1,000,001 - $5,000,000
P4 =More than $50,000,000
S =Assessment
W =Estimated

D =$5,001 - $15,000
H2 =More than $5,000,000
M =$100,001 - $250,000
P2 =$5,000,001 - $25,000,000
T =Cash Market

E =$15,001 - $50,000

| Name of Person Reporting | Date of Report |
|---|---|
| Dawson, Robert T | 03/28/2007 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of the spouse and dependent children. See pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. Windstream/Alltel | A | Dividend | K | T | Stock Split | 7/31 | K | | |
| 70. Little Rock AR New Pub | A | Interest | J | T | Bought | 6/29 | J | | |
| 71. Amer Funds Cap Inc. | A | Dividend | J | T | Bought | 7/26 | J | | |
| 72. Amer Funds Euro Pacific | A | Dividend | J | T | Bought | 7/26 | J | | |
| 73. Amer Funds Washington Mutual | A | Dividend | K | T | Bought | 7/26 | K | | |
| 74. Janus Worldwide Fund (IRA) | E | Int./Div. | M | T | | | | | |
| 75. | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Dawson, Robert T | 03/28/2007 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of Report.)*

| Name of Person Reporting | Date of Report |
|---|---|
| Dawson, Robert T | 03/28/2007 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signatu[███]                                     Date  6-1-07

NOTE: [███]SIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

FILING INSTRUCTIONS

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544

| AO 10 Rev. 1/2007 | FINANCIAL DISCLOSURE REPORT FOR CALENDAR YEAR 2006 | *Report Required by the Ethics in Government Act of 1978 (5 U.S.C. app. §§ 101-111)* |

| 1. Person Reporting (last name, first, middle initial)  Dawson, Robert T | 2. Court or Organization  U.S. District Court | 3. Date of Report  03/28/2007 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time)  U.S. District Judge | 5a. Report Type (check appropriate type)  ☐ Nomination, Date  ☐ Initial ☒ Annual ☐ Final | 6. Reporting Period  01/01/2006 to 12/31/2006 |
| | 5b. ☐ Amended Report | |
| 7. Chambers or Office Address  P O Box 1624  Fort Smith, AR 72902-1624 | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations.  Reviewing Officer_____ Date_____ | |

*IMPORTANT NOTES: The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.*

# I. POSITIONS. *(Reporting individual only; see pp. 9-13 of instructions.)*

[X] NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

# II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of instructions.)*

[X] NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |
| 3. | |

RECEIVED 2007 APR 25 A 9: 35 FINANCIAL DISCLOSURE OFFICE

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of instructions.)*

### A. Filer's Non-Investment Income

[X] NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*
*(Dollar amount not required except for honoraria.)*

[X] NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## IV. REIMBURSEMENTS *-- transportation, lodging, food, entertainment.*
*(Includes those to spouse and dependent children. See pp. 25-27 of instructions.)*

[ ] NONE *(No reportable reimbursements.)*

| | SOURCE | DESCRIPTION |
|---|---|---|
| 1. | National Association of Rail Road Trial Counsel Conference | July 29-August 2 Lodging provided, San Diego, CA |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Dawson, Robert T | 03/28/2007 |

## V. GIFTS. *(Includes those to spouse and dependent children. See pp. 28-31 of instructions.)*

[X] NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children. See pp. 32-33 of instructions.)*

[X] NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Dawson, Robert T | 03/28/2007 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of the spouse and dependent children. See pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. TIAA-CREF | C | Interest | M | T | | | | | |
| 2. Enterprise Growth Fund Cl A 215 | A | Dividend | J | T | | | | | |
| 3. Stephens Production Company (oil & gas) | A | Royalty | J | W | | | | | |
| 4. Owl Creek Production Co. (oil & gas) | A | Royalty | | | | | | | |
| 5. XTO Energy (oil & gas) | A | Royalty | J | W | | | | | |
| 6. Cypress Production (oil & gas) | A | Royalty | J | W | | | | | |
| 7. Tellus Operating (oil & gas) | A | Royalty | J | W | acquired | 06/01 | J | | |
| 8. ACXIOM | A | Dividend | K | T | | | | | |
| 9. Simon Property Group | A | Dividend | K | T | | | | | |
| 10. Alltel Corp Del | B | Dividend | L | T | | | | | |
| 11. Motorola Inc. | A | Dividend | K | T | | | | | |
| 12. USA Truck | A | Dividend | J | T | | | | | |
| 13. Arkansas St College Svgs B | B | Interest | J | T | | | | | |
| 14. Arkansas St College Svgs B | B | Interest | K | T | | | | | |
| 15. Arkansas St College Svgs C | B | Interest | K | T | | | | | |
| 16. Arkansas St College Svgs A | B | Interest | K | T | | | | | |
| 17. Arkansas St College Svgs B | B | Interest | K | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Dawson, Robert T | 03/28/2007 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of the spouse and dependent children. See pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. Cisco Sys Inc. | A | Dividend | J | T | | | | | |
| 19. Coca Cola | A | Dividend | K | T | | | | | |
| 20. Wachovia Corporation | A | Dividend | J | T | | | | | |
| 21. General Electric | A | Dividend | K | T | | | | | |
| 22. Procter & Gamble Co. | A | Dividend | J | T | | | | | |
| 23. Johnson & Johnson | A | Dividend | K | T | | | | | |
| 24. McDonalds Corp | A | Dividend | J | T | | | | | |
| 25. Little Rock AR New Pub Hsg Auth Calls | A | Interest | J | T | | | | | |
| 26. Southwest Airlines | A | Dividend | J | T | | | | | |
| 27. Chevron Texaco Corp | A | Dividend | K | T | | | | | |
| 28. Intel Corp | A | Dividend | J | T | | | | | |
| 29. Walt Disney | A | Dividend | J | T | | | | | |
| 30. US Treasury Bond Fed | A | Interest | J | T | | | | | |
| 31. Alcatel-Lucent Technologies | A | Dividend | J | T | | | | | |
| 32. Jonesboro AR City Wtr | A | Interest | J | T | | | | | |
| 33. Sun Microsystems | A | Dividend | J | T | | | | | |
| 34. American Small Cap World | A | Dividend | J | T | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Dawson, Robert T | 03/28/2007 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of the spouse and dependent children. See pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. JDS Uniphase Corp | A | Dividend | | | Sold | 11/21 | J | A | |
| 36. Home Depot | A | Dividend | J | T | | | | | |
| 37. Vanguard 500 Index Fund | A | Dividend | N | T | | | | | |
| 38. Avaya Inc. | A | Dividend | J | T | | | | | |
| 39. NASDAQ 100 Unit Trust Series I | A | Dividend | M | T | | | | | |
| 40. Janus Fund #42 | A | Dividend | L | T | Bought | 12/19 | L | | |
| 41. Vanguard 500 Index Fund | A | Dividend | K | T | Bought | 3/20 | K | | |
| 42. Vanguard Life Strategy Growth Fund | A | Dividend | J | T | Bought | 6/26 | J | | |
| 43. Sebastian County Junior College | A | Interest | J | T | | | | | |
| 44. Watson Chapel AR School Dist. | A | Interest | J | T | | | | | |
| 45. Greenwood AR School Dist | A | Interest | | | Matured | 12/04 | J | A | |
| 46. Nettleton AR School Dist. | A | Interest | K | T | | | | | |
| 47. Merck & Co. | A | Dividend | J | T | | | | | |
| 48. Tenn Valley Auth Zero Coupon | A | Interest | J | T | | | | | |
| 49. LeSalle Bank NA | A | Interest | J | T | | | | | |
| 50. Univ of Ark Ft Smith | A | Interest | J | T | | | | | |
| 51. Cinergy Corp/Duke Energy | B | Dividend | K | T | acquired | 4/10 | K | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Dawson, Robert T | 03/28/2007 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of the spouse and dependent children. See pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. Ameren Corp | A | Dividend | J | T | | | | | |
| 53. Consolidated Edison | A | Dividend | J | T | | | | | |
| 54. Fort Motor Credit | B | Dividend | | | Sold | 2/16 | M | A | |
| 55. Bank of Hapoalim NY | A | Interest | L | T | | | | | |
| 56. Progress Energy Inc. | A | Dividend | J | T | | | | | |
| 57. Freescale Semiconductor | A | Dividend | | | Sold | 12/05 | J | A | |
| 58. Little River Cty AR Rev. | A | Interest | J | T | | | | | |
| 59. Bank of America | A | Dividend | J | T | | | | | |
| 60. Conoco Phillips | A | Dividend | J | T | | | | | |
| 61. Entergy Corp | A | Dividend | J | T | | | | | |
| 62. Phoenix Rising | A | Dividend | J | T | | | | | |
| 63. Murphy Oil | A | Dividend | J | T | | | | | |
| 64. Bank of America | A | Dividend | J | T | | | | | |
| 65. Ark St Fed Hwy Grant | A | Interest | K | T | | | | | |
| 66. GMAC Bond | A | Interest | M | T | Bought | 12/21 | M | | |
| 67. Blackrock Global | A | Interest | J | T | Bought | 11/01 | J | | |
| 68. Windstream/Alltel | A | Dividend | K | T | Stock Split | 7/31 | K | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Dawson, Robert T | 03/28/2007 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of the spouse and dependent children. See pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A.<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B.<br>Income during<br>reporting period | | C.<br>Gross value at end of<br>reporting period | | D.<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e.g.<br>div., rent,<br>or int.) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e.g.<br>buy, sell,<br>redemption) | (2)<br>Date<br>Month -<br>Day | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 69. Little Rock AR New Pub | A | Interest | J | T | Bought | 6/29 | J | | |
| 70. Amer Funds Cap Inc. | A | Dividend | J | T | Bought | 7/26 | J | | |
| 71. Amer Funds Euro Pacific | A | Dividend | J | T | Bought | 7/26 | J | | |
| 72. Amer Funds Washington Mutual | A | Dividend | K | T | Bought | 7/26 | K | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes:<br>(See Columns B1 and D4) | A =$1,000 or less<br>F =$50,001 - $100,000 | B =$1,001 - $2,500<br>G =$100,001 - $1,000,000 | C =$2,501 - $5,000<br>H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000<br>H2 =More than $5,000,000 | E =$15,001 - $50,000 |
| 2. Value Codes<br>(See Columns C1 and D3) | J =$15,000 or less<br>N =$250,001 - $500,000 | K =$15,001 - $50,000<br>O =$500,001 - $1,000,000 | L =$50,001 - $100,000<br>P1 =$1,000,001 - $5,000,000 | M =$100,001 - $250,000<br>P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes<br>(See Column C2) | P3 =$25,000,001 - $50,000,000<br>Q =Appraisal<br>U =Book Value | R =Cost (Real Estate Only)<br>V =Other | P4 =More than $50,000,000<br>S =Assessment<br>W =Estimated | T =Cash Market | |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of Report.)*

| Name of Person Reporting | Date of Report |
|---|---|
| Dawson, Robert T | 03/28/2007 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.



Signature _____  Date _____ 4 - 18 - 07

**NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)**

---

FILING INSTRUCTIONS

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544